UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| COURTNEI HAYES | CIVIL ACTION |
| VERSUS | |
| WADE HILL, MURPHY PAUL IN HIS CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BATON ROUGE, BATON ROUGE POLICE DEPARTMENT, AND THE CITY OF BATON ROUGE, NORTH GATE APARTMENTS | 23-511-SDD-SDJ |

## JUDGMENT

For the written reasons assigned:

Judgment in favor of all Defendants and against Plaintiff, Courtnei Hayes, in this matter. This matter is dismissed with prejudice.

**IT IS SO ORDERED**.

Baton Rouge, Louisiana, this  15th  day of January, 2025.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**